United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA VILLATORO and JOSE VICTOR
VILLATORO,

                    Plaintiffs,

       v.

CITIBANK, N.A., as trustee for American Home
Mortgage Assets Trust 2006-4, Mortgage-Backed
Pass Through Certificates Series 2006-4,

                    Defendant.
_____/

No. C 12-03093 WHA

**ORDER SETTING BRIEFING
SCHEDULE AND HEARING
DATE FOR TRO**

On July 19, 2012, plaintiffs Maria Villatoro and Jose Victor Villatoro, who are

represented by counsel, filed an *ex parte* application for a temporary restraining order and order

to show cause regarding a preliminary injunction. The courtroom deputy clerk called plaintiffs'

counsel yesterday but was unable to reach counsel the day the TRO was filed, and counsel were

not at the courthouse to request a hearing date. It is not clear to the Court from the *ex parte*

application that there is an emergency requiring an immediate hearing date. If plaintiffs have not

already served the application for TRO, along with the declarations and exhibits appended

thereto, on defendant Citibank, plaintiffs must do so **TODAY**. The application for a temporary

1  restraining order will be heard at **8 A.M. ON AUGUST 9, 2012**.  Defendant's opposition is due

2  **JULY 27**.  Plaintiffs may file a reply by **AUGUST 2.**

3

4         **IT IS SO ORDERED.**

5

6  Dated:  July 20, 2012.

7                                                        WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2