IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLATORO and JOSE VICTOR VILLATORO,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITIBANK, N.A., as trustee for American Home Mortgage Assets Trust 2006-4, Mortgage-Backed Pass Through Certificates Series 2006-4,<br><br>    Defendant.<br>                                                                   / | No. C 12-03093 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR TRO** |

On July 19, 2012, plaintiffs Maria Villatoro and Jose Victor Villatoro, who are represented by counsel, filed an *ex parte* application for a temporary restraining order and order to show cause regarding a preliminary injunction. The courtroom deputy clerk called plaintiffs' counsel yesterday but was unable to reach counsel the day the TRO was filed, and counsel were not at the courthouse to request a hearing date. It is not clear to the Court from the *ex parte* application that there is an emergency requiring an immediate hearing date. If plaintiffs have not already served the application for TRO, along with the declarations and exhibits appended thereto, on defendant Citibank, plaintiffs must do so **TODAY**. The application for a temporary

restraining order will be heard at **8 A.M. ON AUGUST 9, 2012**. Defendant's opposition is due **JULY 27**. Plaintiffs may file a reply by **AUGUST 2.**

    **IT IS SO ORDERED.**



Dated: July 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2