IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLATORO and JOSE VICTOR VILLATORO,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITIBANK N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-4, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-4, and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive.<br><br>            Defendant.<br>                                                                     / | No. C 12-03093 WHA<br><br>**ORDER DENYING PLAINTIFFS' APPLICATION FOR TRO AND VACATING HEARINGS** |

Based on the order filed concurrently herewith (Dkt. No. 24), this order denies plaintiffs' application for a temporary restraining order and vacates both hearings originally scheduled for August 9, 2012.

**IT IS SO ORDERED.**

Dated: July 25, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE