IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA VILLATORO and JOSE VICTOR VILLATORO,

    Plaintiffs,

  v.

CITIBANK N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-4, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-4, and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive.

    Defendant.

No. C 12-03093 WHA

**ORDER DENYING PLAINTIFFS' APPLICATION FOR TRO AND VACATING HEARINGS**

Based on the order filed concurrently herewith (Dkt. No. 24), this order denies plaintiffs' application for a temporary restraining order and vacates both hearings originally scheduled for August 9, 2012.

**IT IS SO ORDERED.**

Dated: July 25, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE