IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA VILLATORO and JOSE VICTOR VILLATORO,

    Plaintiffs,

  v.

CITIBANK N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-4, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-4, and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to plaintiff's title thereto, and DOES 1 through 30, inclusive,

    Defendants.

No. C 12-03093 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court granted defendant's motion to dismiss on July 25, 2012. Plaintiffs were given 21 calendar days in which to file their motion to amend. Therefore, the case management conference is **CONTINUED** to **SEPTEMBER 20, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: August 1, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE