IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA VILLATORO and JOSE VICTOR VILLATORO,

    Plaintiffs,

v.

CITIBANK N.A., as Trustee for American Home Mortgage Assets Trust 2006-4, Mortgage-Backed Pass Through Certificates Series 2006-4

    Defendant.

No. C 12-03093 WHA

**ORDER SETTING HEARING ON TRO**

A hearing on plaintiffs' application for a temporary restraining order is set for tomorrow at **2 P.M. ON AUGUST 16, 2012**, before Judge Susan Illston. Plaintiffs' counsel shall serve this order and the application for temporary restraining order on defendant before tomorrow's hearing. Defendant Citbank shall be present at the hearing.

**IT IS SO ORDERED.**

Dated: August 15, 2012.

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE