**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLATORO and JOSE VICTOR VILLATORO,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITIBANK, N.A., as trustee for American Home Mortgage Assets Trust 2006-4, Mortgage-Backed Pass Through Certificates Series 2006-4,<br><br>      Defendant.<br>                                          / | No. C 12-03093 WHA<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

Having considered the parties' submission and following a full hearing, it is hereby ordered that a preliminary injunction shall issue. Subject to further order of the Court, **DEFENDANT CITIBANK IS ENJOINED** from proceeding with its action for unlawful detainer in Contra Costa County Superior Court Case No. WS12-0194, evicting plaintiffs from the property (3376 Ashbourne Circle, San Ramon, County of Contra Costa, California 94583), and/or taking possession of the property subject to the following conditions:

(1) **BY SEPTEMBER 17TH AT NOON**, plaintiffs must deposit the sum of $118,000 with the Registry of the Court, located at 450 Golden Gate Avenue, 16th floor, San Francisco, CA 94102-3489.

(2) **ON THE FIRST BUSINESS DAY OF THE MONTH**, plaintiffs must deposit $6,500 with the Registry of the Court, commencing on November 1, 2012 and continuing each month thereafter, until further order.

(3) The above payments can be made by check, cash, or money order, and can be delivered by mail or in person. On the same day that any payment is made, plaintiffs must file a notice via ECF stating the date and exact amount delivered.

The preliminary injunction shall be automatically withdrawn if plaintiffs fail to meet the forgoing conditions.

**IT IS SO ORDERED.**

Dated: September 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2